UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LINDGREN, DANNY | § | Case No. 16-81202 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  327 South Church Street, Room #1100
  Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/24/2017 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/27/2017          By:  /s/JOSEPH D. OLSEN_____
                                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LINDGREN, DANNY | § | Case No. 16-81202 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 19,000.00 |

**Balance on hand:** $ 19,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,650.00 | 0.00 | 2,650.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 96.28 | 0.00 | 96.28 |
| Attorney for Trustee, Fees - Joseph D Olsen | 2,100.00 | 0.00 | 2,100.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 5,196.28
Remaining balance: $ 13,803.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,803.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,803.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,104.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 8,008.53 | 0.00 | 1,751.81 |
| 2 | Capital One Bank (USA), N.A. | 3,699.96 | 0.00 | 809.34 |
| 3 | PYOD, LLC its successors and assigns as assignee | 547.65 | 0.00 | 119.79 |
| 4 | Cavalry SPV I, LLC | 1,084.85 | 0.00 | 237.30 |
| 5 | U.S. Bank National Association | 7,783.08 | 0.00 | 1,702.49 |
| 6 | U.S. Bank National Association | 10,013.79 | 0.00 | 2,190.44 |
| 7 | U.S. Bank National Association | 9,924.96 | 0.00 | 2,171.01 |
| 8 | U.S. Bank National Association | 7,875.72 | 0.00 | 1,722.76 |
| 9 | Synchrony Bank | 979.45 | 0.00 | 214.25 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, LLC | 5,050.75 | 0.00 | 1,104.82 |
| 11 | Portfolio Recovery Associates, LLC | 4,438.30 | 0.00 | 970.85 |
| 12 | Portfolio Recovery Associates, LLC | 3,697.75 | 0.00 | 808.86 |

Total to be paid for timely general unsecured claims: $ 13,803.72
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOSEPH D. OLSEN
                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| IN RE:<br><br>DANNY LINDGREN<br><br>Debtor. | CHAPTER 7 -- Liquidation<br><br>Case Number: 16-81202<br><br>HONORABLE THOMAS M. LYNCH |
|---|---|

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE THOMAS M. LYNCH, BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,650.00 as compensation, $0.00 of which has previously been paid, and $96.28 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ 19,000.00 . Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 1,400.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 2,650.00 | |

Lindgren tfr
16-81202
page 2

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies | $ | 24.90 |
| Postage | $ | 26.38 |
| Other Expenses | $ | 45.00 |
| (Winnebago County Recorder) | | |
| TOTAL EXPENSES | $ | 96.28 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Respectfully Submitted,

s/s  Joseph D. Olsen
JOSEPH D. OLSEN

Joseph D. Olsen
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
jolsenlaw@comcast.net

Printed: 06/15/17 09:17 AM

# Trustee's Compensation

**Debtor:** LINDGREN, DANNY          **Case:** 16-81202

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 19,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 14,000.00 | = | 1,400.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---|
| Calculated Total Compensation: | $2,650.00 |
| Plus Adjustment: | 0.00 |
| Total Compensation: | $2,650.00 |
| Less Previously Paid: | 0.00 |
| Total Compensation Requested: | $2,650.00 |

## Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 166 copies at 15.0 cents per copy | 24.90 |
| Postage | | 26.38 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Filing fee for Notice of Interest to Win | | 45.00 |
| Other Expenses 2 | | 0.00 |

| | |
|---|---|
| Subtotal Expenses: | $96.28 |
| Plus Adjustment: | 0.00 |
| Total Expenses: | $96.28 |
| Less Previously Paid: | 0.00 |
| Total Expenses Requested: | $96.28 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $2,650.00 as compensation and $96.28 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  06/15/17          Signed: /s/ JOSEPH D. OLSEN

JOSEPH D. OLSEN
1318 EAST STATE STREET

ROCKFORD, IL 61104-2228

# Expense Worksheet
## Period: 01/01/00 - 06/15/17
## Trustee: JOSEPH D. OLSEN (330400)

| Case Number: | 16-81202 | Case Name: | LINDGREN, DANNY |
|---|---|---|---|
| Case Type: | Assets | Judge: | THOMAS M. LYNCH |
| Petition Date: | 05/14/16 | 341a Meeting: | 06/23/16  10:30 |

**Category: COPIES**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/19/16 | Notice to Employ Attorneys/Professionals | 40.00 | $0.150 | $6.00 |
| 12/14/16 | Complaint in adversary proceeding for courtesy copies | 9.00 | $0.150 | $1.35 |
| 12/14/16 | Complaint, summons & exhibits in adversary proceeding | 32.00 | $0.150 | $4.80 |
| 06/14/17 | Notice of Final Report | 85.00 | $0.150 | $12.75 |
| | **Total for category COPIES:** | **166.00** | | **$24.90** |

**Category: OTHER**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/19/16 | Filing fee for Notice of Interest to Winnebago County Recorder | 1.00 | $45.000 | $45.00 |
| | **Total for category OTHER:** | **1.00** | | **$45.00** |

**Category: POSTAGE**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/19/16 | Notice to employ attorneys/professionals | 20.00 | $0.470 | $9.40 |
| 12/14/16 | Summons, complaint & exhibits to Debtor | 1.00 | $0.885 | $0.89 |
| 12/14/16 | Courtesy copies of adversary complaint to parties of interest | 0.46 | $3.000 | $1.38 |
| 12/14/16 | Summons, complaint & exhibits in adversary proceeding to U.S. Bank | 1.00 | $6.885 | $6.89 |
| 06/14/17 | Notice of Final Report | 17.00 | $0.460 | $7.82 |
| | **Total for category POSTAGE:** | **39.46** | | **$26.38** |
| | **Total for case 16-81202:** | | | **$96.28** |

| **Grand Total:** | **$96.28** |
|---|---|