# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DANNY LINDGREN | § | Case Number: 16-81202 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __June 28__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Daniel Springer
2222 East State Street Suite107
Rockford, IL 61104

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Advanced Call Center Tech LLC
PO Box 9091
Johnson City, TN 37615-9091

Allied Interstate LLC
PO Box 26190
Minneapolis, MN 55426-0190

Barclay's Bank Delaware
Attn: Bankruptcy Dept.
PO Box 8803
Wilmington, DE 19899-8803

CBNA
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One
Attn: Bankruptcy Dept.
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank (USA), N.A.
Attn: Bankruptcy Dept
PO Box 70886
Charlotte, NC 28272-0886

Central Credit Services LLC
PO Box 1850
Saint Charles, MO 63302-1850

Citibank
Attn: Bankruptcy Dept.
PO Box 6500
Sioux Falls, SD 57117-6500

Home Depot/CitiBank
PO BOx 6497
Sioux Falls, SD 57117-6497

Juniper Card Services
PO Box 60517
City of Industry, CA 91716-0517

Midwest Title Loans
5203 N. 2nd Street
Loves Park, IL 61111-5007

SYNCB/BP
Attn: Bankruptcy Dept.
PO BOX 965024
Atlanta, GA 30353

SYNCB/LOWES
PO BOX 956005
Orlando, FL 32896-0001

SYNCB/Wal-Mart
Attn: Bankruptcy Dept.
PO Box 965024
Orlando, FL 32896-5024

Syncb/Ashley Home Furniture
PO Box 965033
Orlando, FL 32896-5033

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

Danny Lindgren
8002 Mildred Rd
Machesney Park, IL 61115-2534