**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LINDGREN, DANNY § Case No. 16-81202
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $81,020.00 | Assets Exempt: $20,445.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $13,803.72 | Claims Discharged Without Payment: $49,301.07 |
| Total Expenses of Administration: $5,196.28 | |

   3) Total gross receipts of $    19,000.00   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $19,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,450.00 | 5,196.28 | 5,196.28 | 5,196.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 63,104.79 | 63,104.79 | 13,803.72 |
| **TOTAL DISBURSEMENTS** | $2,450.00 | $68,301.07 | $68,301.07 | $19,000.00 |

4) This case was originally filed under Chapter 7 on May 14, 2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance action vs U.S. Bank - mortgage | 1210-000 | 19,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,650.00 | 2,650.00 | 2,650.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 96.28 | 96.28 | 96.28 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,196.28** | **$5,196.28** | **$5,196.28** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 8,008.53 | 8,008.53 | 1,751.81 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,699.96 | 3,699.96 | 809.34 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 547.65 | 547.65 | 119.79 |
| 4 | Cavalry SPV I, LLC | 7100-000 | N/A | 1,084.85 | 1,084.85 | 237.30 |
| 5 | U.S. Bank National Association | 7100-000 | N/A | 7,783.08 | 7,783.08 | 1,702.49 |
| 6 | U.S. Bank National Association | 7100-000 | N/A | 10,013.79 | 10,013.79 | 2,190.44 |
| 7 | U.S. Bank National Association | 7100-000 | N/A | 9,924.96 | 9,924.96 | 2,171.01 |
| 8 | U.S. Bank National Association | 7100-000 | N/A | 7,875.72 | 7,875.72 | 1,722.76 |
| 9 | Synchrony Bank | 7100-000 | N/A | 979.45 | 979.45 | 214.25 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,050.75 | 5,050.75 | 1,104.82 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,438.30 | 4,438.30 | 970.85 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,697.75 | 3,697.75 | 808.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $63,104.79 | $63,104.79 | $13,803.72 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81202  
**Case Name:** LINDGREN, DANNY  

**Period Ending:** 09/19/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/14/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/20/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   8002 Mildred Road, Machesney Park, IL 61115-0000 | 58,000.00 | 0.00 | | 0.00 | FA |
| 2   Sunset Memorial Gardens<br>Other: Cemetery Plot<br>Ent | 500.00 | 0.00 | | 0.00 | FA |
| 3   Cash | 5.00 | 0.00 | | 0.00 | FA |
| 4   Checking: Chase Bank | 20.00 | 0.00 | | 0.00 | FA |
| 5   Two Beds, Two Nightstands , Three Dressers, Two | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   DVD Player, Radio , Four TV's , Alarm Clock , Co | 500.00 | 0.00 | | 0.00 | FA |
| 7   Books and Compact Discs | 70.00 | 0.00 | | 0.00 | FA |
| 8   Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 9   AARP - term life insurance: Stephanie Crout | 0.00 | 0.00 | | 0.00 | FA |
| 10  Work Term life insurance: Stephanie Crout | 0.00 | 0.00 | | 0.00 | FA |
| 11  2015 Chevrolet Equinox, 11,593 miles, SUV. Entir | 18,525.00 | 0.00 | | 0.00 | FA |
| 12  1998 Chevrolet Lumina, 108052 miles, Car. Entire | 600.00 | 0.00 | | 0.00 | FA |
| 13  1999 Cheverolet S-10, 143818 miles, Truck. Entir | 1,400.00 | 0.00 | | 0.00 | FA |
| 14  Two Cats | 0.00 | 0.00 | | 0.00 | FA |
| 15  Avoidance action vs U.S. Bank - mortgage  (u) | 40,000.00 | 40,000.00 | | 19,000.00 | FA |
| **15   Assets   Totals** (Excluding unknown values) | **$121,020.00** | **$40,000.00** | | **$19,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017      **Current Projected Date Of Final Report (TFR):**   June 27, 2017  (Actual)

Printed: 09/19/2017 07:13 AM     V.13.30

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 16-81202 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | LINDGREN, DANNY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8166 - Checking Account |
| Taxpayer ID #: | **-***0781 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/19/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/06/17 | {15} | US Bank Home Mortgage | settlement per order to compromise 06/05/17 | 1210-000 | 19,000.00 | | 19,000.00 |
| 07/25/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $96.28, Trustee Expenses;  Reference: | 2200-000 | | 96.28 | 18,903.72 |
| 07/25/17 | 102 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 18,553.72 |
| 07/25/17 | 103 | Joseph D Olsen | Dividend paid 100.00% on $2,100.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,100.00 | 16,453.72 |
| 07/25/17 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,650.00, Trustee Compensation;  Reference: | 2100-000 | | 2,650.00 | 13,803.72 |
| 07/25/17 | 105 | Capital One Bank (USA), N.A. | Dividend paid 21.87% on $3,699.96; Claim# 2; Filed: $3,699.96; Reference: | 7100-000 | | 809.34 | 12,994.38 |
| 07/25/17 | 106 | Cavalry SPV I, LLC | Dividend paid 21.87% on $1,084.85; Claim# 4; Filed: $1,084.85; Reference: | 7100-000 | | 237.30 | 12,757.08 |
| 07/25/17 | 107 | Synchrony Bank | Dividend paid 21.87% on $979.45; Claim# 9; Filed: $979.45; Reference: | 7100-000 | | 214.25 | 12,542.83 |
| 07/25/17 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 21.87% on $5,050.75; Claim# 10; Filed: $5,050.75; Reference: | 7100-000 | | 1,104.82 | 11,438.01 |
| 07/25/17 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 21.87% on $4,438.30; Claim# 11; Filed: $4,438.30; Reference: | 7100-000 | | 970.85 | 10,467.16 |
| 07/25/17 | 110 | Portfolio Recovery Associates, LLC | Dividend paid 21.87% on $3,697.75; Claim# 12; Filed: $3,697.75; Reference: | 7100-000 | | 808.86 | 9,658.30 |
| 07/25/17 | 111 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#1,3 | | | 1,871.60 | 7,786.70 |
| | | | Dividend paid 21.87%   1,751.81 on $8,008.53;  Claim# 1; Filed: $8,008.53 | 7100-000 | | | 7,786.70 |
| | | | Dividend paid 21.87%   119.79 on $547.65;  Claim# 3; Filed: $547.65 | 7100-000 | | | 7,786.70 |
| 07/25/17 | 112 | U.S. Bank National Association | Combined Check for Claims#5,6,7,8 | | | 7,786.70 | 0.00 |
| | | | Dividend paid 21.87%   1,702.49 on $7,783.08;  Claim# 5; Filed: $7,783.08 | 7100-000 | | | 0.00 |
| | | | Dividend paid 21.87%   2,190.44 on $10,013.79;  Claim# 6; Filed: $10,013.79 | 7100-000 | | | 0.00 |
| | | | Dividend paid 21.87%   2,171.01 on $9,924.96;  Claim# 7; | 7100-000 | | | |

| | | Subtotals : | $19,000.00 | $19,000.00 |

{} Asset reference(s)

Printed: 09/19/2017 07:13 AM     V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-81202  
**Case Name:** LINDGREN, DANNY  

**Taxpayer ID #:** **-***0781  
**Period Ending:** 09/19/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $9,924.96 | | | | |
| | | | Dividend paid 21.87%   1,722.76 on $7,875.72; Claim# 8; Filed: $7,875.72 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,000.00 | 19,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,000.00 | 19,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $19,000.00 | $19,000.00 | |

Net Receipts :        19,000.00  
Net Estate :         $19,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8166** | 19,000.00 | 19,000.00 | 0.00 |
| | $19,000.00 | $19,000.00 | $0.00 |

{} Asset reference(s)                                              Printed: 09/19/2017 07:13 AM    V.13.30